ORIGINAL

JOHN HARRIS PAER       #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2008

at 11 o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JUDITH PRYOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OXFORD COLLECTION AGENCY, INC. )<br>)<br>)<br>Defendant. )<br>)<br>_____ ) | CIVIL NO. 07-00610 HG-LEK<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through her undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice. Defendant has not responded.  There are no remaining issues and parties.

DATED: Honolulu, Hawaii, April 24, 2008

JOHN HARRIS PAER
Attorney for Plaintiff